UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| VERNON BALDWIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 08-395-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Plaintiff, Vernon Baldwin, brought this action pursuant to 42 U.S.C. § 405(g) to challenge a final decision of the Defendant Commissioner denying his application for period of disability and disability insurance benefits.  [R. 2.]  Consistent with the Court's practice and pursuant to 28 U.S.C. § 636(b)(1), this matter was referred to United States Magistrate Judge Edward B. Atkins for the issuance of a report and recommendation.  [R. 12.]

On November 13, 2009, Magistrate Judge Atkins filed his Report and Recommendation (R&R).  [R. 13.]  Therein, Judge Atkins noted that all but one of the Plaintiff's claims were waived because they failed to include developed legal argument or citations to the record, regulations, or applicable case law.  Judge Atkins did address the Plaintiff's remaining argument concerning the ALJ's rejection of treating physicians' opinions.  Discussing the evidence in the record, the ALJ's findings, and relevant regulations and case law, he determined that Plaintiff's argument lacked merit.  Thus, Judge Atkins ultimately concluded that the ALJ's opinion was indeed supported by substantial evidence.  Although the parties were given ten (10) days from the filing of the Report and Recommendation to file objections, neither party objected.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir.1981). Nevertheless, this Court has examined the record and agrees with the Magistrate Judge's Report and Recommendation. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 13] is **ADOPTED** as the opinion of this Court;

(2) The Plaintiff's Motion for Summary Judgment [R. 10] is **DENIED**;

(3) The Defendant's Motion for Summary Judgment [R. 11] is **GRANTED**; and

(4) Judgment in favor of the Defendant will be entered contemporaneously herewith. This the 1st day of December, 2009.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge